UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:24-cv-06613-RGK-SSC | Date | September 5, 2024 |
|---|---|---|---|
| Title | *MARIA SALAZAR v. MACYS RETAIL HOLDINGS, LLC* | | |

| Present: The Honorable | R. GARY KLAUSNER, U.S. DISTRICT JUDGE |
|---|---|
| Joseph Remigio (Not Present) | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) Order to Show Cause re Jurisdiction**

On June 13, 2024, Maria Salazar ("Plaintiff") filed a personal injury action against Macys Retail Holdings, LLC and Schindler Elevator Corp. (collectively, "Defendants"), alleging a negligence and premises liability. On August 5, 2024, Macys removed the action on the ground of diversity jurisdiction. However, in its notice, Macys summarily states that amount in controversy exceeds $75,000. The Court hereby orders Macys to show cause in writing why this action should not be remanded to state court. An adequate response must include facts that establish by a preponderance of the evidence that the amount in controversy exceeds $75,000. Macys' response is limited to 5 pages in length, and due no later than **September 12, 2024**.

**IT IS SO ORDERED**.

                                                    :

Initials of Preparer    JRE/vc